IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MARK CHAPMAN HARRIS, et al.,
    Plaintiffs,

vs.         Case No.: 3:11cv524/MCR/EMT

JANICE THOMAS, et al.,
    Defendants.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated September 18, 2012 (doc. 21). Plaintiff, Mary Chapman Harris has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation and the record, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Plaintiffs' motion to dismiss (doc. 20) is **GRANTED** and this case is **DISMISSED without prejudice**.

**DONE AND ORDERED** this 17th day of October, 2012.


*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**